**Order entered May 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01345-CV

**ASHTON GROVE LC, W. DOW HAMM III CORP., ET AL., Appellants**

**V.**

**JACKSON WALKER L.L.P., Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-07411**

## ORDER

We **GRANT** appellants' May 1, 2014 unopposed motion to abate the appeal pending approval by the Bankruptcy Court of the parties' settlement agreement. We **ABATE** the appeal and **ORDER** appellants to file, no later than June 9, 2014, either a status report or motion to dismiss. The appeal will be reinstated at that time if neither is filed.

/s/      ELIZABETH LANG-MIERS
            JUSTICE